**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2370**

In re:  DAVID HILL,

                        Petitioner.

On Petition for Writ of Mandamus.  (1:01-cr-00191-CMH-1)

Submitted:  March 10, 2022                            Decided:  March 16, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on a postjudgment motion filed in Hill's criminal case. Hill seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied the motion identified in the instant mandamus petition. *See United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. Jan. 26, 2022). Accordingly, because the district court recently decided Hill's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*